UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER LAWRENCE JEBURK, | ) | 1:07-CV-00354 AWI NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| D. SMITH, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 20, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 5, 2007, Petitioner filed objections to the Findings and Recommendation. Petitioner

takes issue with the Magistrate Judge's Findings and Recommendation on the premise that he is not challenging the constitutionality of his conviction as set forth in the recommendation. Rather, Petitioner asserts, he challenges a decision of the Eleventh Circuit Court of Appeals dismissing his appeal. For relief, he requests that this Court essentially compel the Eleventh Circuit to reconsider his appeal. This Court is without jurisdiction to order such relief. Petitioner should seek relief either from the Eleventh Circuit itself or a court of higher jurisdiction, to wit, the United States Supreme Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 20, 2007, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED;

3. All pending motions are DISMISSED as moot; and

4. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   June 13, 2007**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE